Donald K. McLean, AKSB No. 0403006
BAUER MOYNIHAN & JOHNSON LLP
2101 4th Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
dkmclean@bmjlaw.com

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In The Matter Of:<br><br>THE COMPLAINT OF MAHAY'S RIVERBOAT SERVICE, INC. an AK Corporation, DBA MAHAY'S JET BOAT ADVENTURES for Exoneration from or Limitation of Liability,<br><br>Petitioner. | IN ADMIRALTY<br><br>Case No.<br><br>VERIFIED COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY |

COMES NOW Mahay's Riverboat Service, Inc., DBA Mahay's Jet Boat Adventures ("Petitioner") as owner and operator of the SUSITNA PRINCESS, in an action for exoneration from or limitation of liability, and alleges as follows:

**I.**

Petitioner files this action to limit its liability pursuant to 46 App. U.S.C. §30501 – 30512 and for exoneration of liability pursuant to the Federal Rules of Civil Procedure ("FRCP"), Supplemental Rules for Admiralty or Maritime Claims ("SAR"), Rule F. This court has jurisdiction over the subject matter pursuant to 28 U.S.C. §1333.

**II.**

At present, the SUSITNA PRINCESS is located in Talkeetna, Alaska. The incident giving rise to the potential claims for which Petitioner is requesting exoneration from or limitation of

liability occurred on the Susitna River in Alaska near Chase Creek, approximately 10 miles north of Talkeetna, Alaska. Therefore, venue is proper in the District of Alaska pursuant to Rule F(9) and LRC 3.2(a).

### III.

The Incident occurred on June 24, 2022 aboard the SUSITNA PRINCESS 45 minutes into a two-hour voyage. The voyage began in Talkeetna, Alaska around 6:30 PM and terminated in Talkeetna around 8:30 PM the same day.

### IV.

The vessel SUSITNA PRINCESS is a 33-foot jet boat constructed by Oaks in 1990. At all times material, Mahay's was the sole owner and operator of the vessel. The SUSITNA PRINCESS was diligently and regularly maintained at all times material.

### V.

On June 24, 2022, the SUSITNA PRINCESS, operated by hired captain Christopher Bohnenkamp, departed Talkeetna for a two-hour private wilderness excursion with a group of passengers onboard. During the excursion, the boat stopped at Chase Creek to show passengers spawning salmon. After a brief safety talk, Captain Bohnenkamp turned the boat around in the main channel of the Susitna River to head downstream. During the maneuver, passenger Cindy Boyd fell out of her seat and was apparently injured. None of the other passengers fell from their seats or incurred injury. Boyd told the captain and crew she was ok and denied their offer to return to the dock and end the voyage. The voyage continued for another hour, terminating at Mahay's dock around 8:30 PM.

### VI.

Petitioner has used due diligence to make the SUSITNA PRINCESS seaworthy in all respects. Petitioner is unaware of any condition that existed aboard its vessel that caused or contributed to the alleged injury. Petitioner used reasonable diligence to ensure the vessel was, in all aspects, reasonably fit and safe.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

## VII.

The incident and all consequent damages occurred without any privity or knowledge of Petitioner. Privity or knowledge is required under the Limitation of Vessel Owner's Liability Act, 46 U.S.C. §§30501-30512, to defeat Petitioner's right to exoneration from or limitation of liability. Further, the Injury and all consequential damages were not caused by or contributed to any fault or negligence on the part of Petitioner, entitling Petitioner to exoneration from or limitation of liability.

## VIII.

To date, no lawsuits have been filed against Petitioner or the SUSITNA PRINCESS based on damage or injury arising from or related in any way to the Incident.

## IX.

Petitioner identifies the following potential damages, as required by Rule F(2), which are currently known, or which Petitioner anticipates may arise: (1) injury to Cindy Boyd, including the left index figure, left hand, chest, ribs, and related damages; (2) possible injuries to other passengers onboard.

## X.

A demand has not yet been made. On August 28, 2022, Petitioner received a letter from counsel for Ms. Boyd claiming Petitioner is 100% at fault for this incident. Based on information and belief, the amount of the claims arising out of the incident will exceed the value of the vessel.

## XI.

After the incident, the SUSITNA PRINCESS had a fair market value of $60,000, as stated in the contemporaneously filed Notice of Value signed by Israel Mahay. No freight was pending at the time of the Incident, and the SUSITNA PRINCESS did not sustain damage during the Incident.

## XII.

Pursuant to Supplemental Rule F(1) and Local Admiralty Rule (f)-1, Petitioner will seek leave to deposit with the Court security of costs in the amount of $1,000.

VERIFIED COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY
Case No.
Page **3** of **6**

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

**XIII.**

Petitioner offers security in the form of a Letter of Undertaking in the amount of $60,000 as security as required by Rule F(1), equal to the value of the vessel and pending freight.

**XIV.**

Petitioner asserts its right to seek exoneration from liability for damages incurred because of the Incident, or in the alternative, claims right to limit liability for damages caused by the Incident to the value of the vessel. Petitioner seeks to invoke the benefits of exoneration from or limitation of liability provided by 46 U.S.C. §§ 30501-30512, and in the same proceeding, Petitioner desires to contest its liability and the liability of the SUSITNA PRINCESS for any loss or damage arising out of the Incident.

**PRAYER FOR RELIEF**

ACCORDINGLY, Petitioner prays for the following relief:

1. Acceptance and approval of the security for costs tendered in the sum of $1000 under Rule F(1) and LAR (f)-1;

2. Acceptance and approval of the Letter of Undertaking in the sum of $60,000, plus accrued interest at the rate of six percent per annum under Rule F(1) as security for an amount equal to the value of the vessel and pending freight;

3. Issuance of monition to all persons claiming damages for any and all loss, damage, destruction, or injury done, occasioned, or incurred by or resulting from the Incident, citing such persons to file their claims with the clerk of this Court, and to issue by mail to the attorneys for Petitioner a copy thereof on or before a date to be given, all as provided by law and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and the rules of the Court governing these proceedings;

4. Issuance of public notice to all persons of such monition according to Rule F(4);

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

6. That the Court permit Petitioner to contest its liability for all loss, damage, injury, or destruction occurring from the June 24, 2022 Incident, or as a consequence thereof, and be adjudged and decreed not liable, or, if such liability is found, then Petitioner shall be entitled to a decree of limitation of liability to the extent and in the manner provided by law;

7. That a judgment be entered discharging Petitioner from all further liability for the Injury and any and all damages relating to the June 24, 2022 Incident; and

8. That Petitioner be granted such further relief as the Court deems just and equitable under the circumstances.

DATED this 23rd day of January, 2023.

BAUER MOYNIHAN & JOHNSON LLP

*s/ Donald K. McLean*
Donald K. McLean AKSB No. 0403006
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue Suite 2400
Seattle, WA 98121
Telephone: (206) 443-3400
Fax: (206) 448-9076
Email: dkmclean@bmjlaw.com

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

VERIFIED COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY
Case No.
Page **5** of **6**

Case 3:23-cv-00020-JMK   Document 1   Filed 01/24/23   Page 5 of 6

## VERIFICATION

I, Israel Mahay, affirm that:

1. I am a corporate representative of the Petitioner in the above-entitled matter that owned the SUSITNA PRINCESS at all times material.

2. I have read the Verified Complaint and believe the facts alleged to be true and accurate to the best of my knowledge, information, and belief.

3. I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746

Executed on this __1__ of __23__ 2023, at __Talkeetna__, Alaska.
(location)

_____
Israel Mahay

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

VERIFIED COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY
Case No.
Page 6 of 6

Case 3:23-cv-00020-JMK   Document 1   Filed 01/24/23   Page 6 of 6