Donald K. McLean, AKSB No. 0403006
BAUER MOYNIHAN & JOHNSON LLP
2101 4th Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
dkmclean@bmjlaw.com

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

In The Matter Of:

THE COMPLAINT OF MAHAY'S RIVERBOAT SERVICE, INC. an AK Corporation, DBA MAHAY'S JET BOAT ADVENTURES for Exoneration from or Limitation of Liability,

Petitioner.

IN ADMIRALTY

Case No. 3:23-cv-00020-JMK

MAHAY'S RIVERBOAT SERVICE, INC.'S ANSWER TO CINDY BOYD'S PRESENTATION OF CLAIM

Petitioner Mahay's Riverboat Service, Inc. DBA Mahay's Jetboat Adventures answers claimant Cindy Boyd's *Presentation of Claims* as follows:

1. Denies. Petitioner realleges the allegations contained in its Complaint. Petitioner further denies that the affirmative defense are viable legal and factual positions.

2. Admits based on information and belief.

3. Admits.

4. Admits.

5. Denies as a question of law.

**General Allegations**

6. Admits.

MAHAY'S RIVERBOAT SERVICE, INC.'S
ANSWER TO CINDY BOYD'S PRESENTATION OF CLAIMS
Case No. 3:23-cv-00020-JMK
Page **1** of **4**

Case 3:23-cv-00020-SLG-MMS   Document 16   Filed 04/18/23   Page 1 of 4

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

7. Admits Israel Mahay is a shareholder and officer of Mahay's Riverboat Service. Denies remainder.

8. Admits.

9. Admits that on June 24, 2022, Claimant was on a Mahay's wilderness excursion, along with other passengers. Denies remainder.

10. Admits.

11. Denies.

12. Denies.

13. Denies.

14. Denies.

## Negligence of Petitioners

15. Denies. Petitioner realleges its complaint and answers above.

16. Denies as a question of law.

17. Denies as a question of law.

18. Denies.

19. Denies.

20. Denies.

21. Denies.

## Prayer for Relief

22. Denies.

23. The Flotilla rule is inapplicable, therefore denies.

24. Denies.

25. Denies.

26. Denies

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

MAHAY'S RIVERBOAT SERVICE, INC.'S
ANSWER TO CINDY BOYD'S PRESENTATION OF CLAIMS
Case No. 3:23-cv-00020-JMK
Page **2** of **4**

## Affirmative Defenses

By way of further answer to Claimant's *Presentation of Claims,* Petitioner states and alleges as follows:

1. Petitioner reincorporates its foregoing answers as an affirmative defense;

*2.* Petitioner reincorporates its *Complaint for Exoneration from or Limitation of Liability* as an affirmative defense;

3. If Claimant suffered any injury or damages, said injuries and damages were caused, contributed to or enhanced by claimant's own comparative fault and claimant's recovery should be barred or reduced accordingly;

4. Claimant's damages, if any, were caused by events beyond Petitioner's control;

5. Claimant knew of the risk involved and voluntarily undertook the risk that led to her injuries, if any;

6. Claimant had and has a duty to mitigate her damages. To the extent she failed to do so, her recovery, if any, should be barred or reduced accordingly;

7. Claimant's damages were not caused by the fault, negligence, or breach of duty of Petitioner or with its privity or knowledge. Petitioner is entitled to limitation of or exoneration from liability.

## PRAYER FOR RELIEF

WHEREFORE, petitioner Mahay's Riverboat Service, Inc. prays for the following:

1. that Claimants *Complaint for Exoneration from or Limitation of Liability* be granted;

2. that Claimant's *Presentation of Claim* be dismissed with prejudice and she take nothing thereby;

3. that final judgment be entered in favor of Petitioner on all claims and causes of action against it;

MAHAY'S RIVERBOAT SERVICE, INC.'S
ANSWER TO CINDY BOYD'S PRESENTATION OF CLAIMS
Case No. 3:23-cv-00020-JMK
Page **3** of **4**

Case 3:23-cv-00020-SLG-MMS   Document 16   Filed 04/18/23   Page 3 of 4

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

4. that Petitioner be awarded costs and fees against claimant; and

5. for such other relief as this Court deems just.

DATED this 18th day of April, 2023.

                                              BAUER MOYNIHAN & JOHNSON LLP

                                              *s/ Donald K. McLean*
                                              Donald K. McLean AKSB No. 0403006
                                              Bauer Moynihan & Johnson LLP
                                              2101 Fourth Avenue Suite 2400
                                              Seattle, WA 98121
                                              Telephone: (206) 443-3400
                                              Fax: (206) 448-9076
                                              Email: dkmclean@bmjlaw.com

MAHAY'S RIVERBOAT SERVICE, INC.'S
ANSWER TO CINDY BOYD'S PRESENTATION OF CLAIMS
Case No. 3:23-cv-00020-JMK
Page **4** of **4**

Case 3:23-cv-00020-SLG-MMS   Document 16   Filed 04/18/23   Page 4 of 4